UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.:   13-54060 |
| JOSEPH C MORRISON | : | CHAPTER   13 |
| AND | : | JUDGE:   HOFFMAN |
| HEATHER C MORRISON | : | NOTICE OF CHANGE OF ADDRESS |
| DEBTORS | : | |

    NOW COME the Debtors, by and through counsel, and hereby give notice of a change of address. The new address for the Debtors is:

12 Red Plank Way
Rochester, NY 14624

Respectfully Submitted,

/s/ Paul J. Minnillo
Paul J. Minnillo (0065744)
MINNILLO & JENKINS Co. LPA
2712 Observatory Ave.
Cincinnati, OH 45208
(513)723-1600/(513) 723-1620 (Fax)
pjminnillo@minnillojenkins.com

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Change of Address was served on the parties listed below electronically through the Court's ECF System at the e-mail address registered with the Court on this 25 day of September, 2015.

U.S. Trustee
Ustpregion09.cb.ecf@usdoj.gov

Faye D English
Chapter 13 Trustee
notices@ch13columbus.com

/s/ Paul J. Minnillo
Paul J. Minnillo (0065744)